| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | United States District Court<br>Southern District of Texas<br>**ENTERED**<br>April 29, 2020<br>David J. Bradley, Clerk |

MCBB Corp. d/b/a Veritas Steak & Seafood, §
    Plaintiff, §
§
v. § Civil Action H-20-364
§
Planned Community Developers, Ltd. and Lake Pointe Shopping Center, LP, §
    Defendants. §

## Order of Adoption

On April 14, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (16) recommending that the court deny MCBB's motion to remand or, in the alternative, to abstain. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on April 29, 2020.

Lynn N. Hughes
United States District Judge